UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 27 2010

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JUAN JOSE ESPARZA,<br><br>                Defendant. | CASE NO. 10CR1845-MMA<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) of: Title 18, U.S.C., Sec. 1709 - Theft of Mail by Postal Employee

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 27, 2010

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE